**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

————————————

No. 26-12063

Non-Argument Calendar

————————————

SHERRI JEFFERSON,

*Plaintiff-Appellant,*

*versus*

STATE BAR OF GEORGIA,

SHARON L BRYANT,

  in her official capacity,

CHIEF OPERATING OFFICER, STATE BAR OF GEORGIA,

WILLIAM COBB,

  in his official capacity as Bar Counsel,

PATRICK LONGAN,

  in his official capacity as special master for the Bar, et al.,

*Defendants-Appellees.*

2                          Opinion of the Court                     26-12063

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:22-cv-01883-MHC

_____

Before JORDAN, GRANT, and KIDD, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, sua sponte, for lack of jurisdiction. All pending motions are DENIED as moot.

Sherri Jefferson, proceeding pro se, appeals from the district court's May 7, 2026 order denying her motions to vacate under Federal Rule of Civil Procedure 60, to reopen, and for leave to file sur-replies. The 30-day statutory time limit required Jefferson to file her notice of appeal by June 8, 2026, but she did not file it until June 10. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A), 26(a)(1). Accordingly, the notice of appeal is untimely and cannot invoke our appellate jurisdiction. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010).